# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| SPIDER GRILLS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LOCO – CRAZY GOOD COOKERS,<br>INC. d/b/a LOCO COOKERS,<br><br>    Defendant. | Case No.: 4:24-cv-00137-CDL<br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Motion to Dismiss with Prejudice, and finding the same well-taken, hereby enters this Order.

It is hereby ORDERED, ADJUDGED, AND DECREED that the Parties shall take nothing on their claims and counterclaims and this action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

SO ORDERED, this 18th day of April, 2025

        S/Clay D. Land
        Clay D. Land
        United States District Court Judge